

*DANIEL HULSHIZER / Associated Press*
**Set atop wheels, the Rockingham House** was ready to be moved Friday from its location in Franklin Township, Hunterdon County, to a new site in the township. For three months in 1783, Gen. George Washington and his wife, Martha, lived in this house, where Washington wrote his farewell address to his armies at the end of the Revolutionary War. Here, Jennifer Saar, a tour guide, videotapes the home.

# New Jersey Notebook

## A lively comeback to a misinformed credit report

Gabriel R. Ricci, 82, had just bought the bench saw he had wanted for years and needed a shed to store it in. The Turnersville man applied for credit at Home Depot in late June. Two weeks later, Monogram Credit Card Bank of Georgia, the firm handling his application, informed him that he had been denied ... because he was dead.

"I was flabbergasted," Ricci said. "I check the obits every day. How can I be dead?"

Ricci said he called five 800 numbers to inform the credit firm that he was alive. On the phone, he said, "I would ask, 'How could I be dead if I'm talking to you?' " The reply: "We can't tell you. That's privileged information."

Monogram has not returned calls seeking comment on Ricci's application.

Finally, Ricci said, he gave up on the idea of getting a shed for his bench saw. "What would a dead man do with a shed?"
— *Will Van Sant in Cherry Hill*

## McGreevey works on support among women

During his campaign swing last week, Jim McGreevey, the Democratic candidate for governor, took time out for a barbecue at the Dennis Township home of Mary D'Arcy Bittner.

The purpose was twofold: to help promote two local female candidates and to improve on his somewhat lackluster support from women in his unsuccessful 1997 gubernatorial campaign.

Bittner is chairwoman of the Women's Democratic Caucus of South Jersey, a group she formed just over a year ago to help promote women for local, county and state offices. The group's focus is developing a political and financial network for women in Cape May, Atlantic and Cumberland Counties.

Bittner, a candidate for the State Assembly in the First District two years ago, says she is trying to remove obstacles that keep women from achieving a larger role in the male-dominated world of politics.

"There's a lot of support for men, but too often, women are just the sacrificial lambs put up in races that aren't winnable," says Bittner, who lost her race but not her love for politics.
— *Tom Turcol in Cape May County*

## Tossing mud (and sand) in the Third District

The piles of sand and mud sucked up from the bottom of the Delaware River has sullied Gloucester County political campaigns for two years now.

Last week, dredge material became fodder for Sen. Raymond Zane and Stephen Sweeney's early — and vitriolic — fight for the Third District state Senate seat. The 28-year Senate veteran criticized Sweeney, the county's freeholder director, for not blocking a Delaware River Port Authority plan to transfer dredge material to a West Deptford waterfront golf course.

"If Steve Sweeney is as opposed to the dredging of the Delaware as he says he is," Zane asked, "then why didn't he voice his opposition to Dave Shields, the mayor of his hometown [West Deptford]?"

Sweeney has long been an opponent of the federal government's $311 million plan to deepen the river.

But in a pilot program designed to prove to municipalities that dredge material can be put to good use, the DRPA has forged an agreement to pay West Deptford $1.1 million to move 185,000 cubic yards of dried muck a half-mile for use at RiverWinds, the township's waterfront golf resort.

"But who am I to tell a municipality it can't accept a million dollars if the testing comes out all right?" Sweeney said. "If this stuff is bad, we won't allow it. I never said there wasn't beneficial reuse for some of this stuff. The senator's wrong; my position hasn't changed.

"The arsenic that was found [at RiverWinds] is a reminder of exactly how safe [dredging] is."
— *Kaitlin Gurney and Jake Wagman in West Deptford*

# Gen. Wayne slaying about to go to trial

**MURDER TRIAL** from B1

make the arrest.

"The prosecution certainly waited several years to file the charges, and I don't think anything changed in that period of time," he said. "I'm hoping jurors agree that if the prosecution had a doubt, why shouldn't they?"

Castor will lay out a scenario that includes secret recordings, alleged comments Sileo made about entertaining thoughts of being rid of Webb, and what Castor believes is a clear motive: The partners, in a move typical in joint ventures, had taken out life-insurance policies in which the survivor was the beneficiary of more than a half-million dollars. For a restaurant deeply in debt, it was a powerful incentive, Castor said.

"In a murder investigation, you look for people with a motive and then try to exclude them," he said. "We figure [Sileo] had a motive, and we never could exclude him."

Winters, though, says the insurance money hardly made a dent in the partners' debt. And, he has said, Webb was crucial for the success of the restaurant, which was sold at auction in November. (That sale has not been finalized, however, and the property remains on the market.)

But perhaps most damaging for Sileo, Castor says, is that Sileo lied about owning a second gun, which investigators believe was used to shoot the 31-year-old Webb. Police did find a gun in Sileo's house, but it was not the murder weapon.

Sileo insisted to police — and later to a grand jury — that he did not own a second gun. However, on secret recordings made with the help of an informant, Sileo said he got rid of the second gun and urged a former employee to lie if questioned by detectives.

Last year, Sileo was convicted of lying to a grand jury and is serving a sentence of one to three years. The trial jury, though, cannot learn about his incarceration unless Sileo testifies — something Castor thinks he has to do.

"He will have to explain why he lied about the gun," Castor said. "I would be very surprised if they allowed the evidence about owning another gun to go unexplained."

Winters acknowledged last week that he will call Sileo to the stand, and he said Sileo is eager to get the trial started.

Castor, who has 59 names on his witness list, expects the trial to last two weeks.

*Ralph Vigoda's e-mail address is rvigoda@phillynews.com.*



Guy Sileo and James Webb (right) are shown at a September 1996 cigar dinner at the General Wayne Inn. Sileo will go on trial Monday for Webb's murder later that year.



*SCOTT HAMRICK / Inquirer Suburban Staff*
Bruce L. Caster Jr., Montgomery County district attorney, is prosecuting the case.



**HARDWOOD FLOORING** 99¢ sq. ft.
OAK • EXOTICS • HUSKY PREFINISH • ETC
LUMBER LIQUIDATORS.COM
203 Nocamint Rd., Claymont, DE
**302-798-1400**

**Do you have PSORIATIC ARTHRITIS?**
A medical Market Research firm in Center City is interviewing men & women (between 18-50) who have been diagnosed by a physician with Psoriatic Arthritis. Qualified participants will be paid $75 for 1-hour of their time. Call:
**800-220-3730 ext. 4500 - Art**

**DONATE THAT CAR!**
Free Pickup • Tax Deduction "Fair market value per IRS"
We Do All Paperwork • Running or Not* *Restrictions apply*
Pennsylvania Council of the Blind has helped blind people become productive in the workplace since 1940.
**Vehicles, Real Estate, Lots, Boats, RV's, and more!**
**800-822-3490**

13 just became a lucky number.

**4.25%** APY

13 Month Certificate of Deposit

**FIRSTRUST BANK**
800-220-BANK
firstrust.com

Member FDIC    AOL Keyword: Firstrust Bank

*Annual Percentage Yield (APY) effective as of the date of this publication and may change at any time. $1000 minimum deposit required ($500 for IRAs). There is a penalty for early withdrawal. Offer available to retail and business depositors with a maximum investment of $500,000. Firstrust reserves the right to revise or rescind this offer at any time. May not be combined with any other offer.*

## Area Votes in Congress

**ROLL CALL REPORT SYNDICATE**

WASHINGTON — Here is how Philadelphia-area members of Congress were recorded on major roll-call votes last week:

### House

■ **Faith-based programs.** The House, voting 233-198, Thursday approved a bill (HR 7) to launch President Bush's "faith-based initiative" by broadening the types of social services that religious charities may deliver with taxpayers' money. The bill lets taxpayers who do not itemize deduct up to $25 for charitable contributions, rising to $100 in 2010, and sets up tax-advantaged accounts that the working poor can use for purposes such as buying a first home or attending college.

A yes vote was to pass the bill.

Voting yes: Michael N. Castle (R., Del.), James C. Greenwood (R., Pa.), Frank A. LoBiondo (R., N.J.), Joseph R. Pitts (R., Pa.), H. James Saxton (R., N.J.), Christopher H. Smith (R., N.J.), Patrick J. Toomey (R., Pa.) and Curt Weldon (R., Pa.).

Voting no: Robert E. Andrews (D., N.J.), Robert A. Borski (D., Pa.), Robert A. Brady (D., Pa.), Chaka Fattah (D., Pa.), Joseph M. Hoeffel (D., Pa.) and Tim Holden (D., Pa.).

■ **Faith-based programs.** The House, voting 195-234, Thursday rejected a Democratic bid to remove language from HR 7 (above) that lets religious charities use one's religious beliefs as a criterion in hiring staff to administer social services with federal funds. Democrats also sought to stipulate that the new law could not supersede state and local civil rights statutes outlawing bias against gays and lesbians and other minorities.

A yes vote backed the Democrats' proposed changes.

Voting yes: Andrews, Borski, Brady, Fattah, Hoeffel and Hoeffel.

Voting no: Castle, Greenwood, LoBiondo, Pitts, Saxton, Smith, Toomey and Weldon.

■ **Flag desecration.** Voting 298-125, the House Tuesday approved a constitutional amendment (HJ Res 36) giving Congress and state legislatures authority to outlaw the physical desecration of the American flag. The measure would need approval from the Senate and three-fourths of the states.

A yes vote backed the constitutional amendment.

Voting yes: Andrews, Castle, Holden, LoBiondo, Pitts, Saxton, Smith, Toomey and Weldon.

Voting no: Borski, Brady, Fattah, Greenwood and Hoeffel.

■ **Flag desecration.** Voting 100-324, the House Tuesday rejected a constitutional amendment that empowered Congress to outlaw the physical desecration of the American flag, but only if the statute was "not inconsistent" with First Amendment protection of political speech. This occurred during debate on HJ Res 36 (above).

A yes vote backed the constitutional amendment.

Voting yes: Borski, Brady, Fattah, Greenwood and Hoeffel.

Voting no: Andrews, Castle, Holden, LoBiondo, Pitts, Saxton, Smith, Toomey and Weldon.

■ **China trade.** The House voted Thursday to continue open trade with China, as requested by President Bush. The authority will stand until China joins the World Trade Organization and gains full trading privileges around the globe. On this vote, members defeated, 169-259, a measure (HJ Res 50) to refuse Bush's request and impose higher tariffs on Chinese imports.

A yes vote was to oppose normal trade with China.

Voting yes: Borski, Brady, Fattah, Hoeffel, Holden, LoBiondo and Smith.

Voting no: Andrews, Castle, Greenwood, Pitts, Toomey and Weldon.

Not voting: Saxton.

■ **Prison abortions.** Voting 169-253, the House refused Tuesday to lift a ban on taxpayer funding of abortions for women in federal prison except to save the life of the mother or in cases of rape. This occurred during debate on a bill (HR 2500) appropriating $38.5 billion for the State, Justice and Commerce Departments and related agencies in fiscal 2002.

A yes vote was to allow publicly funded abortions for women in federal prisons.

Voting yes: Andrews, Brady, Fattah, Greenwood and Hoeffel.

Voting no: Borski, Castle, Holden, LoBiondo, Pitts, Saxton, Smith, Toomey and Weldon.

■ **U.N. peacekeeping.** Voting 71-359, the House refused Wednesday to end U.S. financial support of United Nations peacekeeping forces, which are now in several areas of conflict. The vote during debate on HR 2500 (above) preserved an $844 million fiscal 2002 request by Bush for U.N. peacekeeping.

A yes vote was to end American involvement in U.N. peacekeeping.

All Philadelphia-area representatives voted no.

■ **Hispanic count.** On a 215-215 tie, the House refused Wednesday to require more details on the place of birth of U.S. Hispanics than is now found in reports from the 2000 census. The census "short form" did not request the identity of all Hispanics' native countries.

A yes vote was to spend $2 million to quickly develop more data on U.S. Hispanics' place of birth.

Voting yes: Andrews, Borski, Brady, Fattah, Hoeffel and Holden.

Voting no: Castle, Greenwood, LoBiondo, Pitts, Saxton, Smith, Toomey and Weldon.

### Senate

■ **Energy workforce.** Voting 56-44, the Senate Wednesday killed a plan for taxpayer-funded grants and fellowships to help higher education remedy a growing shortage of skilled energy workers. The $10 million expenditure was to have been taken from a California water program. The vote came during debate on a $23.7 billion energy and water appropriations bill (HR 2311) for fiscal 2002.

A yes vote opposed shifting the funds to financial aid for energy education.

Voting yes: Joseph R. Biden Jr. (D., Del.), Thomas Carper (D., Del.), Jon Corzine (D., N.J.), and Robert G. Torricelli (D., N.J.).

Voting no: Rick Santorum (R., Pa.) and Arlen Specter (R., Pa.).

■ **Bankruptcy bill.** The Senate voted, 52-46, Tuesday to require the General Accounting Office to study the impact of impending changes in bankruptcy law and report back to Congress within two years. This occurred as the House and Senate moved to resolve differences about the legislation (HR 333; S 420).

A yes vote was to monitor the impact of the legislation.

Voting yes: Biden, Corzine.

Voting no: Carper, Santorum, Specter and Torricelli.

# Exhibit E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-811-532**

Effective date of registration:

February 28, 2012

---

## Title
**Title of Work:** Webb-Sileo Image

## Completion/Publication
**Year of Completion:** 1996
**Date of 1st Publication:** December 28, 1996   **Nation of 1st Publication:** United States

## Author
- **Author:** Jay Alan Gorodetzer
  **Author Created:** photograph(s)
  **Citizen of:** United States   **Domiciled in:** United States
  **Year Born:** 1965

## Copyright claimant
**Copyright Claimant:** Jay Alan Gorodetzer
1108 Greentree Lane, Narberth, PA, 19072

## Rights and Permissions
**Name:** Jay Alan Gorodetzer
**Email:** jaygorodetzer@comcast.net
**Address:** 1108 Greentree Lane
Narberth, PA 19072

## Certification
**Name:** Jay A. Gorodetzer
**Date:** February 28, 2012

Page 1 of 1



**New trial ordered in General Wayne Inn murder**

August 07, 2010|By Anthony R. Wood, Inquirer Staff Writer

http://articles.philly.com/2010-08-07/news/24998931_1_sileo-three-judge-superior-court-panel-new-trial

# Exhibit F

Jay Gorodetzer
1108 Greentree Lane
Penn Valley, PA 19072

June 26, 2012

VIA HAND DELIVERY

William Marimow
Editor, The Philadelphia Inquirer
400 North Broad Street
Philadelphia, PA 19130

Dear Bill:

On August 7, 2010, the Philadelphia Inquirer published an article that included an image of Jim Webb and Guy Sileo ("Webb-Sileo Image") and ran an accompanying story on Philly.com that also included this image. I am the owner of a valid, registered copyright for that image, and I did not allow the Inquirer to use it. When I first contacted the Inquirer almost two years ago to rectify this situation, I spoke with the then Director of Photography, Hai Do, who refused to properly credit the Webb-Sileo image as my photograph, to compensate me for the use of the image, or to remove the image from Philly.com, where it can still be accessed to this day at http://articles.philly.com/2010-08-07/news/24998931_1_sileo-three-judge-superior-court-panel-new-trial.

The background regarding the Webb-Sileo Image makes it clear that I am, and always have been, the valid copyright owner of the image. When I took the photograph in 1996 I was an independent contractor and *not* an employee of the Inquirer. I also was not on assignment when I took the photograph as I was doing it on my own free time. I also did not use Inquirer equipment, which I have never been provided even when I was an Inquirer employee. Therefore, upon creation of the Webb-Sileo Image, I was undoubtedly the sole copyright owner of the image.

In 2001 I was a sports photography editor for the Inquirer. The media coverage surrounding the Guy Sileo murder trial was heating up, and I offered the Webb-Sileo Image to the Inquirer for use in a specific story. I neither received compensation nor signed a licensing agreement for this use, both of which would have been indicative of the Inquirer acquiring possible reuse rights to the Webb-Sileo Image. When I offered the image for use it was with the express understanding that this would be a limited use and that I would retain full ownership of the copyrighted image. This becomes abundantly clear if one were to look at the source caption for the image, which clearly states "COPYRIGHT Jay Gorodetzer NOT FOR USE BY DAILY NEWS." This caption would not appear this way if the Inquirer had acquired the copyright of this image. Additionally, that I was an employee of the Inquirer at this time is irrelevant, because I was not an employee when I first created the image. Thus, the Inquirer has no right to use the Webb-Sileo Image outside of the initial publication for which I offered it. As further proof of my continued copyright, I was able to obtain compensation from other media outlets that utilized my image shortly after the Inquirer first published the image. Several former

colleagues recall the situation exactly the same way I do, and these former colleagues are all astounded that the Inquirer has not respected my valid copyright.

      I have been explaining this situation to various members of the Inquirer for almost two years now through e-mails and phone conversations. Thus far no one has agreed to properly credit me for the image, compensate me for its use, or remove the image from Philly.com, where it can still be accessed. Accordingly, please pay my bill ($650) and please remove the photograph from Philly.com within the next seven (7) days. If you do not take such action within the next seven (7) days, I will assume you have no intention of doing so. I have also now incurred attorney's fees in my effort to get the Philadelphia Inquirer to satisfy the bill and stop using the photograph which I also expect the Inquirer to pay.

Sincerely,

Jay Gorodetzer